**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-1320**

———————

PAMELA MELVIN,

        Plaintiff - Appellant,

     v.

THE SOCIAL SECURITY ADMINISTRATION,

        Defendant - Appellee,

     and

THE WASHINGTON POST; USA TODAY; THE BOSTON GLOBE; CHICAGO
SUN-TIMES; DETROIT FREE PRESS; LOS ANGELES TIMES; THE
PHILADELPHIA INQUIRER; STAR-LEDGER; TAMPA BAY TIMES; THE
DALLAS MORNING NEWS; THE ATLANTA JOURNAL AND CONSTITUTION;
DR. MEYMANDI ASSAD; DR. ELEANOR CRUISE,

        Defendants.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Fox, Senior
District Judge.  (5:14-cv-00170-F)

———————

Submitted: October 15, 2015      Decided: October 19, 2015

———————

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

———————

Dismissed in part and affirmed in part by unpublished per curiam
opinion.

———————

Pamela Melvin, Appellant Pro Se. Michael Gordon James, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pamela Melvin seeks to appeal the district court's order denying her "emergency motion for protection and restraining order." To the extent that Melvin seeks to appeal the district court's denial of a temporary restraining order, the denial is not appealable under the circumstances of this case. See Virginia v. Tenneco, Inc., 538 F.2d 1026, 1029-30 (4th Cir. 1976). To the extent that she sought a preliminary injunction, we have reviewed the record and find no abuse of discretion in the district court's denial. See Dewhurst v. Century Aluminum Co., 649 F.3d 287, 290 (4th Cir. 2011). Accordingly, we dismiss the appeal as to the request for a temporary restraining order and otherwise affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED IN PART;
AFFIRMED IN PART